

# Fourth Court of Appeals
## San Antonio, Texas

October 14, 2019

No. 04-19-00416-CV

**VILT AND ASSOCIATES, P.C.** and Mediation Centers of America, L.L.C.,
Appellants

v.

Ho Kon **PARKER** and Richard T. Parker,
Appellees

From the 224th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-CI-19561
Honorable Rosie Alvarado, Judge Presiding

# O R D E R

Appellees filed a motion to dismiss this appeal for lack of jurisdiction asserting appellants' notice of appeal was untimely filed, and appellants were ordered to file a response. Appellants filed a response stating they addressed the jurisdictional issue in the appellants' brief which was filed the same day.

Having reviewed appellants' brief, it is unclear on what basis appellants are claiming this court has jurisdiction. In their brief, appellants make reference to the district court providing notice of its April 1, 2019 judgment on April 4, 2019; however, the deadline for filing a notice of appeal is only extended if a party affected by the judgment has not received notice or acquired actual knowledge within twenty days after the judgment was signed. *See* TEX. R. APP. P. 4.2(a)(1).

Having further considered the jurisdictional issue, however, this court construes appellants' appeal as a timely restricted appeal pursuant to Rule 30 of the Texas Rules of Appellate Procedure because the appeal is from a default judgment and appellants' motion for new trial was untimely filed. *See* TEX. R. APP. P. 30 ("A party who did not participate—either in person or through counsel—in the hearing that resulted in the judgment complained of and who did not timely file a postjudgment motion or request for findings of fact and conclusions of law, or a notice of appeal within the time permitted by Rule 26.1(a), may file a notice of appeal within the time permitted by Rule 26.1(c)."); *see also Verburgt v. Dorner*, 959 S.W.2d 615, 616 (Tex. 1997) (noting Texas Supreme Court "has never wavered from the principle that appellate courts should not dismiss an appeal for a procedural defect whenever any arguable interpretation of the

Rules of Appellate Procedure would preserve the appeal"). Accordingly, this appeal is RETAINED on the docket of this court.

Appellants' request for an extension of time to file their brief is GRANTED. Given this court's order construing this appeal as a restricted appeal, appellants are ORDERED to file an amended brief no later than thirty days from the date of this order framing their issues under the legal standards applicable to restricted appeals.

_____
Irene Rios, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 14th day of October, 2019.

_____
LUZ ESTRADA,
Chief Deputy Clerk